UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 10-22007-CIV MARTINEZ-BROWN

ROBERTA THEOC,

    Plaintiff,

vs.

THE TJX COMPANIES, INC.,

    Defendant.
_____/

<u>DEFENDANT'S RESPONSE TO THE COURT'S ORDER TO SHOW GOOD CAUSE</u>

    The Defendant, THE TJX COMPANIES, INC., through undersigned counsel, files this Response to the Court's Order to Show Good Cause dated October 19, 2010 and states the following:

1. The Plaintiff's interrogatories were not properly calendered initially which caused the answers to interrogatories to be filed late .

2. The Defendant filed its unverified answers to interrogatories on September 15, 2010.

3. The undersigned did not receive a copy of the Plaintiff's request for production in the materials forwarded from the client.

4. The Defendant requested a copy of the request from production from Plaintiff's counsel once it became aware that the responses were overdue.

5. The undersigned has compiled the necessary documents to respond to Plaintiff's request for production and has forwarded the interrogatory

      signature page to the client.

6.     The Defendant will provide the outstanding discovery responses to Plaintiff's counsel within the time frame set forth in the Court's October 19, 2010 Order, and requests that the Court refrain from imposing sanctions.

I HEREBY CERTIFY that I have electronically filed a copy of the foregoing with the Clerk of the Court on October 25, 2010 by using the CM/ECF system, which will send a notice of electronic filing to the following:

    Fred Land Fulmer, Esquire
    Attorney for Plaintiff
    2455 E. Sunrise Boulevard
    Fort Lauderdale, FL 33304

                CARMAN, BEAUCHAMP & SANG, P.A.
                Attorney for Defendant
                3335 NW Boca Raton Boulevard
                Boca Raton, Florida 33431
                (561) 393-6335


                By    S/Kenneth Carman
                      KENNETH P. CARMAN
                      Florida Bar# 251623