10-22007.or1

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-22007-CIV-MARTINEZ-BROWN

ROBERTA THEOC,

    Plaintiff,

vs.

THE TJX COMPANIES, INC., d/b/a
TJ MAXX,

    Defendant.
_____/

## ORDER AWARDING SANCTIONS

**This matter** is before this Court on Defendant's Response to the Court's Order to Show Good Cause (D.E. 17). This matter arose from plaintiff's Motion to Compel (D.E. 11), to which there was no response.

Defendant attempts to show good cause by: (1) admitting it filed answers to interrogatories late; (2) then filed unverified answers - which are not proper answers at all (see FRCP 33(b)); (3) claiming it did not receive the request for production discussed in the motion to compel ... but never responded to that motion informing the Court of same; and (4) claiming it "will provide the outstanding discovery responses ...". None of this gives this Court any reason for concluding that the motion to compel was unnecessary. See FRCP 37 (a)(5). That is the criterion for the imposing

1

of sanctions.

Therefore, and the Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that sanctions are hereby imposed against defendant for the reasonable expenses incurred (including attorney's fees), in the filing of the motion to compel.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of October, 2010.

```
                                    _____
                                    STEPHEN T. BROWN
                                    CHIEF UNITED STATES MAGISTRATE JUDGE
```

cc:   Honorable Jose E. Martinez
      Counsel of record